UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TRISTAN SCHULTIS, M.D. | ) | CIVIL ACTION |
| | ) | |
| Vs. | ) | Case No. 1:08CV00083LMB |
| | ) | |
| ADVANCED HEALTH CARE | ) | JURY TRIAL DEMANDED |
| MANAGEMENT SERVICES, LLC | ) | |
| | ) | |

**ANSWER TO AMENDED AND SUPPLEMENTAL COMPLAINT FOR
DECLARATORY JUDGMENT, DAMAGES AND OTHER EQUITABLE RELIEF**

Defendant Advanced Health Care Management Services, LLC ("AHCMS" or "Defendant", by and through its attorneys, Hackworth, Hackworth & Ferguson, LLC hereby provides its Answer to Amended and Supplemental Complaint for Declaratory Judgment, Damages and Other Equitable Relief of Tristan Schultis, M.D. ("Schultis" or "Plaintiff"), and for such, states as follows:

1.      Defendant incorporates by reference herein each and every allegation contained in Defendant's Answer and Affirmative Defenses previously filed herein.

2.      Defendant denies the allegations set forth in paragraph two (2) of Plaintiff's Amended and Supplemental Complaint for Declaratory Judgment, Damages and Other Equitable Relief.

3.      Defendant denies the allegations set forth in paragraph three (3) of Plaintiff's Amended and Supplemental Complaint for Declaratory Judgment, Damages and other Equitable Relief.

4.      Defendant restates as if written out fully and in extenso all of the allegations of fact set forth in Defendant's Counterlcaim to the original complaint.

WHEREFORE, Defendant, Advanced Health Care Management Services, LLC, respectfully requests that this Court dismiss with prejudice the Plaintiff's Amended and Supplemental Complaint for Declaratory Judgment, Damages and other Equitable Relief, or in the alternative, enter judgment in favor of the Defendant and against Plaintiff, that Defendant be awarded its costs and attorney's fees in this action, and for such other and further relief as this court deems just and proper.

HACKWORTH, HACKWORTH & FERGUSON LLC


By:      _/s/ Joy J. Ferguson_____
         L. Dwayne Hackworth, #3299
         Joy J. Ferguson, #106465
         Hackworth, Hackworth & Ferguson, L.L.C.
         1401 North Main, Suite 200
         Piedmont, MO 63957
         (573) 223-4247        Telelphone
         (573) 223-2537        Fax
         info@hackworthlawoffice.com
         ATTORNEYS FOR DEFENDANT ADVANCED
         HEALTH CARE MANAGEMENT SERVICES
         LLC


CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following counsel via email transmission _22nd _ day of December, 2010.

Henry L. Klein
Attorney At Law
844 Baronne Street
New Orleans, LA 70113

                        ___/s/ Joy J. Ferguson _____