UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TRISTAN SCHULTIS, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:08CV00083LMB |
| ) | |
| ADVANCED HEALTHCARE ) | |
| MANAGEMENT SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## PARTIAL SUMMARY JUDGMENT

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that summary judgment be and it is entered in favor of Defendant Advanced Healthcare Management Services, LLC, on plaintiff's claim that defendant breached its agreement by failing to provide tail coverage after the termination of the contract.

Dated this  8th  day of August, 2011.

*Lewis M. Blanton*
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE